UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID ALTON DYALS, SR,

    PLAINTIFF,

-vs-                                            Case No. 1:16-cv-00013-WTH-GRJ

NANCY A BERRYHILL,
Acting Commissioner of Social Security,

    DEFENDANT.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 3, 2017. (Doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 21. I have made a *de novo* review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Furthermore, the Court notes that Plaintiff filed a motion to extend time to file objections to the Report and Recommendation. As Plaintiff filed the objections the same day as the motion, the motion is now moot.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 19, is adopted and incorporated by reference in this order.

2. The clerk is directed to enter judgment stating: "The decision of the Commissioner of Social Security is **AFFIRMED**."

3. Plaintiff's Motion to Extend Time to File Objections, Doc. 20, is **DENIED AS MOOT.**

4. The clerk is directed to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 13th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE